UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **YVETTE WILLIAMS** | **CIVIL ACTION NO. 25-140** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SCHOOL BOARD RAPIDES PARISH** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

**IT IS ORDERED** that the Parties file a Joint Stipulation confirming that the materials in the Court record constitute the entire administrative record by **January 16, 2026**.

**IT IS FURTHER ORDERED** that in the Joint Stipulation, the Parties are required to identify the Court record entries that constitute the entire administrative record.

**IT IS FURTHER ORDERED** that the Parties' Motions for Judgment on the Administrative Record shall be due thirty (30) calendar days after the Joint Stipulation is due, or by **February 16, 2026**. The Parties must cite to the portions of this new stipulated record in their motions by docket and page number.

**IT IS FURTHER ORDERED** that the Parties must file their respective oppositions within thirty (30) calendar days after the motions are filed, or by **March 16, 2026**.

**IT IS FURTHER ORDERED** that the memoranda in support of or in opposition to the motions may not exceed 25 pages, exclusive of a table of contents or table of authorities as set forth in Local Civil Rules 7.1 and 7.8.

**IT IS FURTHER ORDERED** that based on this new procedure and the standard of review, Defendant's Motion for Judgment on the Administrative Record (R. Doc. 13) and Plaintiff's Motion for Leave to File Excess Pages (R. Doc. 51) are **TERMINATED**.

**IT IS FURTHER ORDERED** that all Parties shall comply with Federal Rule of Civil Procedure 5.2 in all filings, including but not limited to the administrative record materials, briefing, and exhibits. The minor child's name shall be reflected by initials only, and any date of birth shall be limited to the year in the attached exhibits. To the extent any unredacted information is necessary for the Court's review, such materials shall be filed under seal consistent with Rule 5.2(d).

**IT IS FURTHER ORDERED** that the Updated Case Management Order (R. Doc. 49) is **VACATED**.

**THUS DONE AND SIGNED** in Chambers this 18th day of December, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**